UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST AND ROSEMARY SENIOR HOUSING, LP,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE PIERRE,<br><br>    Defendant. | Case Nos. 5:23-cv-05702 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila for consideration of whether the case is related to 5:22-cv-04745 EJD, *First and Rosemary Senior Housing, LP v. George Pierre.*

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 23-cv-05702 NC
SUA SPONTE JUDICIAL REFERRAL